JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA ROCHNA, individually,<br><br>  Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., an Ohio Corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | CASE NO. 2:13-cv-01278-GMN-NJK |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between JOSEPH A. GUTIERREZ, ESQ., of the law firm MAIER GUTIERREZ AYON, Attorneys for Plaintiff BRENDA ROCHNA, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

1.  Plaintiff BRENDA ROCHNA'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /
/ / /
/ / /
/ / /
/ / /

CLAC 2474980.1

2. That there is no trial date inasmuch as the Joint PreTrial Order was not filed in this case.

DATED this 16th day of April, 2014.

| MAIER GUTIERREZ AYON | COOPER LEVENSON, P.A. |
|---|---|
|  |  |
| JOSEPH A. GUTIERREZ, ESQ. | /s/ Jerry S. Busby |
| Nevada Bar # 009046 | JERRY S. BUSBY, ESQ. |
| 400 South Seventh Street – Suite 400 | Nevada Bar # 001107 |
| Las Vegas, Nevada 89101 | 6060 Elton Avenue – Suite A |
| (702) 629-7900 | Las Vegas, Nevada 89107 |
| Attorneys for Plaintiff | (702) 366-1125 |
| BRENDA ROCHNA | Attorneys for Defendant |
|  | SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  04/16/2014**

CLAC 2474980.1

2